**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF CABLE NEWS NETWORK, INC. TO UNSEAL COURT RECORDS | Misc. Action No. 1:26mc152-CKK |

**UNITED STATES' OPPOSITION TO CNN's MOTION TO UNSEAL COURT RECORDS**

The United States opposes CNN's Motion to Unseal Court Records, ECF No. 1, on the docket in *Richman v United States*, No. 25mc170 (D.D.C.). As explained more fully in the United States' concurrently-filed supplemental ex parte sealed memorandum, this Court should deny CNN's Motion because the sealed court records CNN seeks are all grand jury or ancillary grand jury materials and accordingly protected from public disclosure. *See* Fed. R. Crim. P. 6(e); *In re United States for an Ord. Pursuant to 18 U.S.C. 2705(b)*, 166 F.4th 173, 178-80 (D.C. Cir. 2026); *In re Grand Jury Subpoenas*, No. MC 24-159 (JEB), 2025 WL 294956, at *2-3 (D.D.C. Jan. 24, 2025). Because these records are grand jury and ancillary grand jury materials, CNN's arguments regarding the First Amendment and common law fail. *In re United States for an Ord. Pursuant to 18 U.S.C. 2705(b)*, 166 F.4th at 179 ("Because these [court records] are ancillary to a grand jury proceeding subject to Rule 6(e), [movant's] claims to access under the common law and the First Amendment fail."); *In re Grand Jury Subpoenas*, 2025 WL 294956, at *2 ("Rule 6(e)(6) displaces any First Amendment or common-law right of access to subpoenas and other ancillary documents."). And redactions are not feasible because the sealed records contain no substantive information other than the protected grand jury and ancillary grand jury materials. *See In re Motions of Dow Jones & Co.*, 142 F.3d 496, 505 (D.C. Cir. 1998).

This Court accordingly should deny CNN's Motion in its entirety.

Respectfully submitted,

*/s/ Matthew J. Donnelly*
MATTHEW J. DONNELLY
IL Bar No. 6281308
Attorney
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 616-2788
Email: matthew.donnelly@usdoj.gov

Dated: November 6, 2026