# EXHIBIT A

**From:** Hansen, Mark C. <mhansen@kellogghansen.com>
**Sent:** Friday, August 28, 2026 10:49 PM
**To:** [redacted]
**Subject:** RE: GJS Daniel Richman

Agent [redacted], I confirm receipt.

Mark Hansen

---

**From:** [redacted] <[redacted]@fbi.gov>
**Sent:** Friday, August 28, 2026 12:25 PM
**To:** Hansen, Mark C. <mhansen@kellogghansen.com>
**Subject:** [EXTERNAL] GJS Daniel Richman
**Importance:** High

Mr. Hansen,
Thank you so much for returning my call and accepting service of this subpoena on behalf of Mr. Richman. Please confirm receipt with a reply to this e-mail.
Thank you,
SSA [redacted]